## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

DANTE ASKEW

*on his own behalf and on behalf of
all others similarly situated,*

      Plaintiff - Appellant,

        v.

HRFC, LLC d/b/a HAMPTON ROADS
FINANCE COMPANY

      Defendant - Appellee.

Case No. 14-1384

## APPELLANT DANTE ASKEW'S MOTION TO
## FILE EXHIBIT REFERENCED IN OPENING BRIEF

Appellant Dante Askew ("Askew"), through his undersigned counsel, hereby moves this Court to allow the filing of an exhibit referenced in his Opining Brief.  For support, Askew states as follows:

1.     Askew filed his Opening Brief on August 5, 2014.  Dk. #16.

2.     In the Opening Brief, Askew cites to and discusses legislative history from the Maryland General Assembly.  *Id.* at 30 and 31 (citing and discussing House Bill 219 (1987)).

1

3.      Although House Bill 219 (1987) is available to the public for viewing, it is not generally available through a recognized online database that can be accessed through the internet.

4.      For this reason, Askew attached House Bill 219 (1987) as an exhibit to the Opening Brief.  Dk. #18.

5.      The Clerk of the Court filed a Docket Correction Notice requesting that Askew file a Motion requesting permission to file House Bill 219 (1987) as an exhibit to the Opening Brief on August 14, 2014.  Dk. #24.

6.      Askew requests that this Court grant permission to file House Bill 219 (1987) as an exhibit to the Opening Brief because the legislative history is cited solely for the purpose of analyzing the legal arguments presented.

7.      In addition, the filing of House Bill 219 (1987) is not an attempt by Askew to supplement the record in this case with evidence.  The legislative history has no probative evidentiary value to the facts related to this litigation.

8.      Accordingly, Askew respectfully requests this Court grant the Motion and allow Askew to file House Bill 219 (1987) as an exhibit to the Opening Brief.

Dated: August 18, 2014              _/s/__Cory L. Zajdel_____
                                    Cory L. Zajdel, Esq.
                                    Z LAW, LLC
                                    301 Main Street, Ste. 2-D
                                    Reisterstown, Maryland 21136
                                    (443) 213-1977

                                    **Attorney for Appellant**

2

## **STATEMENT PURSUANT TO LOCAL RULE 27(a)**

Counsel for Appellee HRFC, LLC d/b/a Hampton Roads Finance Company was informed of the intended filing of this motion.  HRFC does not consent to the granting of this motion.  In addition, although HRFC's counsel was asked whether it intended to file a responsive paper to this Motion, counsel for HRFC notified counsel for Appellate that it is not required to state its position on the filing of a responsive paper.  This is the case even though the Local Rules clearly state such a requirement.

 /s/    **Cory L. Zajdel**

*Counsel for Plaintiff-Appellant*

3

## CERTIFICATE OF COMPLIANCE

1.  This Motion complies with the page limitation of FED. R. APP. P. 27(d)(2) because this Motion contains *less than 20* pages.

2.  This Motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using *Microsoft Office Word 2007* in *14pt Times New Roman*.

_/s/    **Cory L. Zajdel**_____
*Counsel for Plaintiff-Appellant*

4

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 18th day of August, 2014, I caused Appellant Dante Askew's Motion to File Exhibit Referenced in Opening Brief to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Kelly M. Lippincott, Esq.
kml@carrmaloney.com
Carr Maloney P.C.
2000 L Street, N.W.
Suite 450
Washington, DC 20036
202-310-5500 (phone)
202-310-5555 (fax)

**Attorney for Appellee HRFC, LLC**

 /s/   **Cory L. Zajdel**
*Counsel for Plaintiff-Appellant*